## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

MAC TRUONG, et al., : Civ. No. 06-5511

        Appellants,

v.

STEVEN P. KARTZMAN,

        Appellee.

It is on this 12th day of June, 2007,

ORDERED that the entitled action is reassigned from

JUDGE PETER G. SHERIDAN to JUDGE GARRETT E. BROWN, JR.

s/Garrett E. Brown, Jr.
**HONORABLE GARRETT E. BROWN, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**